John D. Tennert, III, NV Bar No. 11728
Wade Beavers, NV Bar No. 13451
MaryJo Smart Pinocchio, NV Bar No. 16139
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, NV  89511
Telephone:	(775) 788-2200
Facsimile:	(775) 788-2279
jtennert@fennemorelaw.com
wbeavers@fennermorelaw.com
msmart@fennemorelaw.com

*Attorneys for Defendants Greater Nevada Credit Union
and Greater Nevada Commercial Lending, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an indiviudal; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation,<br><br>                Defendants. | CASE NO. 2:25-CV-02011-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS GREATER NEVADA CREDIT UNION, GREATER NEVADA COMMERCIAL LENDING, LLC; RESC RENEWABLES HOLDINGS, LLC; RESC, LLC; RANDALL SOULE; AND ENCORE D.E.C., LLC TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Plaintiff Tomar, LLC, ("Plaintiff") together with Defendants Greater Nevada Credit Union; Greater Nevada Commercial Lending, LLC; RESC Renewables Holdings, LLC; RESC, LLC; Randall Soule; and Encore D.E.C., LLC (collectively, the "Stipulating Defendants," and together with Plaintiff, the "Parties"),[1] by and through their respective undersigned counsel,

---

[1] **Defendants GL Part SPV I, LLC and Scot A. Conner have not yet appeared in this action and are not party to this stipulation.**

1

hereby stipulate pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules LR IA 6-1 and LR IA 6-2 as follows:

1. Plaintiff filed its *Verified Complaint for Securities Fraud and Other Damages* on October 17, 2025 (ECF No. 1) ("Complaint").

2. The deadline for Defendants Randall Soule, RESC, LLC, and RESC Renewables Holdings, LLC to respond to the Complaint was November 12, 2025.

3. The current deadline for Defendants Encore D.E.C., LLC; Greater Nevada Credit Union; and Greater Nevada Commercial Lending, LLC to respond to the Complaint is November 18, 2025.

4. On November 11, 2025, Defendants Randall Soule, RESC, LLC, and Encore D.E.C., LLC filed a *Motion for Extension of Time to Respond to Complaint (First Request)* (ECF No. 15).

5. On November 12, 2025, Defendant RESC Renewables Holdings, LLC filed a *Joinder* to the Motion (ECF No. 19).

6. On November 12, 2025, the Court issued a minute order setting the deadline for any party to oppose the Motion of November 17, 2025.

7. Plaintiff and the Stipulating Defendants have agreed that the respective deadlines for each of the Stipulating Defendants to respond to the Complaint should be extended up to and including **January 16, 2026**.

8. As of this date, neither of the other two named defendants (Scot A. Conner and GL Part SPV I, LLC) has made an appearance in this matter, there is no scheduling order or trial date in place, and there have been no previous extensions of the time for the Stipulating Defendants to respond to the Complaint.

9. The Parties submit that good cause exists for the requested extension.

Based on the foregoing, the Parties stipulate that the deadline for each of the Stipulating Defendants to move, answer, or otherwise respond to Plaintiff's Complaint is **January 16, 2026**.

**IT IS SO STIPULATED.**

Dated this 17th day of November, 2025.

**HOLLAND & HART, LLP**

By: */s/ Matthew J. Smith*
   Erica C. Medley (NV Bar No. 13959)
   9555 Hillwood Drive, 2nd Floor
   Las Vegas, Nevada 89134

   Matthew J. Smith (CO Bar No. 32043)
     (*pro hac vice*)
   Nicholas W. Katz (CO Bar No. 55136)
     (*pro hac vice*)
   555 17th Street, Suite 3200
   Denver, Colorado 80202
   *Attorneys for Plaintiff Tomar, LLC*

Dated this 17th day of November, 2025.

**FENNEMORE CRAIG, P.C.**

By: */s/ John D. Tennert*
   John D. Tennert (NV Bar No. 11728)
   Wade Beavers (NV Bar No. 13451)
   MaryJo Smart Pinocchio (NV Bar No. 16139)
   7800 Rancharrah Parkway
   Reno, Nevada 89511
   *Attorneys for Defendants Greater Nevada Credit Union and Greater Nevada Commercial Lending, LLC*

Dated this 17th day of November, 2025.

**SPENCER FANE LLP**

By: */s/ Michael MacPhail*
   Jessie Padua (NV Bar No. 17107)
   300 South 4th Street, Suite 1600
   Las Vegas, Nevada 89101

   Michael MacPhail
     (*pro hac vice forthcoming*)
   1700 Lincoln St., Suite 2000
   Denver, Colorado 80203

   Alexander Baker
     (*pro hac vice forthcoming*)
   10 Exchange Place, Suite 1100
   Salt Lake City, Utah 84111

   *Attorneys for Defendants Randall Soule; RESC, LLC; and Encore D.E.C., LLC*

Dated this 17th day of November, 2025.

**McDONALD CARANO LLP**

By: */s/ Rory T. Kay*
   Rory T. Kay (NV Bar No. 12416)
   John A. Fortin (NV Bar No. 15221)
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
   *Attorneys for RESC Renewables Holdings, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2025