Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com
*Attorney for Defendant*
*Scot A. Conner*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation,<br><br>Defendants. | Case No.: 2:25-cv-02011-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SCOT A. CONNER TO RESPOND TO COMPLAINT**<br><br>**[First Request]** |

Defendant Scot A. Conner ("Defendant Conner"), together with Plaintiff Tomar, LLC ("Plaintiff"), by and through their respective undersigned counsel, hereby stipulate pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules IA 6-1 and IA 6-2 as follows:

1. Plaintiff filed its *Verified Complaint for Securities Fraud and Other Damages* on October 17, 2025 (ECF No. 1) ("Complaint").

2. Defendants Soule, RESC, Encore D.E.C., and RESC Renewables have together stipulated with Plaintiff that the deadlines for each Defendant to respond to the Complaint shall be extended through January 16, 2026.

324824638v.1

3. Defendant Scot A. Conner's responsive pleading is currently due on November 19, 2025. Defendant Conner and Plaintiff are stipulating to the same response deadline of January 16, 2026.

4. There is no scheduling order or trial date in place at this time, and Defendant Conner has not made or received any previous extensions to respond to the Complaint. Plaintiff and Defendant Conner collectively submit that good cause exists for the requested extension.

Based on the foregoing, the Parties stipulate that the deadline for Defendant Conner to move, answer, or otherwise respond to Plaintiff's Complaint is **January 16, 2026.**

**IT IS SO STIPULATED.**

Dated this 18th day of November, 2025.

**HOLLAND & HART, LLP**

By: */s/ Nicholas W. Katz*
   Erica C. Medley (NV Bar No. 13959)
   9555 Hillwood Drive, 2nd Floor
   Las Vegas, Nevada 89134
   Matthew J. Smith (CO Bar No. 32043)
   (*pro hac vice*)
   Nicholas W. Katz (CO Bar No. 55136)
   (*pro hac vice*)
   555 17th Street, Suite 3200
   Denver, Colorado 80202
   *Attorneys for Plaintiff Tomar, LLC*

Dated this 18th day of November, 2025.

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP**

By: */s/ Sheri M. Thome*
   Sheri M. Thome, Esq.
   Nevada Bar No. 008657
   6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
   Telephone: (702) 727-1400
   Facsimile: (702) 727-1401
   Sheri.Thome@wilsonelser.com
   *Attorney for Defendant Scot A. Conner*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 17, 2025

-2-

324824638v.1