KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
**GESUND & PAILET, LLC**
7464 West Sahara Ave
Las Vegas, NV 89117
Telephone: (702) 300-1180
Facsimile: (504) 265-9492
Email: keren@glolawfirm.com
*Attorneys for Defendant*
*GL Part SPV I, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company, | Case No: 2:25-cv-02011-JCM-BNW |
| Plaintiff, vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANT GL PART SPV I, LLC TO RESPOND TO COMPLAINT (FIRST REQUEST)** |
| RESC RENEWABLES HOLDINGS, LLC; a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOTT A CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LL, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation, | |
| Defendants. | |

Pursuant to Civil Local Rule IA 6-1 and 6-2, Defendant, GL PART SPV I, LLC, ("Defendant") and Plaintiff, Tomar, LLC, ("Plaintiff") (together the "Parties") jointly stipulate that Defendant's time to answer or otherwise respond to the complaint shall be extended to January 16, 2026. The Parties state as follow:

1. Plaintiff filed its Verified Complaint for Securities Fraud and Other Damages on October 17, 2025 ("Complaint"). [ECF No. 1.]

2. On November 7, 2025, the Complaint was served on Defendant. [ECF No. 13.]

3. Defendant's deadline to respond to the Complaint is November 28, 2025.

4. On November 17, 2025, Plaintiff and the following Defendants collectively stipulated to extend the Defendants' responsive pleading deadlines to January 16, 2026 (the "Stipulation"): Greater Nevada Credit Union, Greater Nevada Commercial Lending, LLC; RESC Renewables Holdings, LLC; RESC, LLC; Randall Soule; and Encore DEC, LLC. [ECF No. 20.]

5. On November 17, 2025, this Court entered an order granting their Stipulation. [ECF No. 21.]

6. Likewise, Plaintiff and Defendant have agreed to extend Defendant's responsive pleading deadline to January 16, 2026.

7. This is Defendant's first request.

8. Good cause exists to extend the responsive pleading deadline.

**IT IS SO STIPULATED**

Dated this 18th day of November, 2025.           Dated this 18th day of November, 2025.

**HOLLAND & HART, LLP**                          **GESUND & PAILET, LLC**
/s/ Nicholas W. Katz (pro hac vice)              /s/ Keren E Gesund
Erica C. Medley                                  Keren E Gesund
Nevada Bar No. 13959                             Nevada Bar No. 10881
9555 Hillwood Drive, 2nd Floor                   7464 West Sahara Ave
Las Vegas, Nevada 89134                          Las Vegas, Nevada 89117
Matthew J. Smith (pro hac vice)                  Telephone: (702) 300-1180
Nicholas W. Katz (pro hac vice)                  Facsimile: (504) 265-9492
555 17th Street, Suite 3200                      Email: keren@glolawfirm.com
Denver, Colorado 80202                           *Attorneys for Defendant*
*Attorneys for Plaintiff Tomar, LLLC*            *GL Part SPV I, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2025